1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

13
14

CHRISTOPHER LEE VENTURA,

Plaintiff,

15

v.

16

PETE HEGSETH, et al.,

17

Defendants.

No. 2:25-cv-11191-JFW-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

18

19     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate
20   Judge's Report and Recommendation and record in this matter. The Court
21   accepts the recommendations of the Magistrate Judge.
22        ACCORDINGLY, IT IS ORDERED:
23        1.     The Report and Recommendation is accepted; and
24        2.     Judgment is entered dismissing this case without prejudice and
25             without leave to amend.
26   DATED:  January 12, 2026     _____
27                                     HONORABLE JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE
28