JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEE VENTURA. <br> Plaintiff, <br> v. <br> PETE HEGSETH, et al., <br> Defendants. | No. 2:25-cv-11191-JFW-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the action is dismissed without prejudice and without leave to amend.

DATED: January 12, 2026  _____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE